THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL DI MEO, Appellant.

*People* v. *Di Meo*, 181 App. Div. 893, appeal dismissed.
(Submitted October 1, 1918; decided October 15, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 16, 1917, which reversed an order of Special Term granting a motion for the reduction of the amount of a judgment entered upon a bail bond.

The respondent contended that the order of the Appellate Division was discretionary and, therefore, not appealable as of right to the Court of Appeals.

*Edward J. Reilly* for appellant.

*Harry E. Lewis, District Attorney* (*Harry G. Anderson* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.